1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  MJ15-48 |
| Plaintiff, | CR15-0031 MJP |
| v. | DETENTION ORDER |
| TAM VAN NGUYEN, | |
| Defendant. | |

Offense charged:

Count 1:        Felon in Possession of a Firearm

Date of Detention Hearing: February 13, 2015.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.        Defendant has stipulated to detention, but reserves the right to contest his continued detention if there is a change in circumstances.

2.        There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

1   IT IS THEREFORE ORDERED:

2   (1)   Defendant shall be detained and shall be committed to the custody of the

3         Attorney General for confinement in a correction facility separate, to the extent

4         practicable, from persons awaiting or serving sentences or being held in custody

5         pending appeal;

6   (2)   Defendant shall be afforded reasonable opportunity for private consultation with

7         counsel;

8   (3)   On order of a court of the United States or on request of an attorney for the

9         government, the person in charge of the corrections facility in which defendant

10        is confined shall deliver the defendant to a United States Marshal for the

11        purpose of an appearance in connection with a court proceeding; and

12  (4)   The Clerk shall direct copies of this Order to counsel for the United States, to

13        counsel for the defendant, to the United States Marshal, and to the United States

14        Pretrial Services Officer.

15  DATED this 13th day of February, 2015.

16  *James P. Donohue*

17  _____
    JAMES P. DONOHUE
18  United States Magistrate Judge

19

20

21

22

23

24

25

26

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2