UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-031MJP |
| Plaintiff, | |
| vs. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DUE DATE |
| TAM VAN NGUYEN, | |
| Defendant. | |

THE COURT having considered the unopposed motion of the parties to continue the trial date and extend the due date of the pretrial motions, and the records and files herein, the Court hereby makes the following findings:

1.  The Court finds that a failure to grant the requested continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

2.  The Court further finds that the ends of justice will be served by ordering the continuances in this case and that the continuances are necessary to ensure effective trial preparation and that these factors outweigh the best interests of the defendant and the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL
DATE AND PTMs DUE DATE - 1
*United States v. Nguyen* / CR15-031MJP

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1     IT IS THEREFORE ORDERED that Defendant's unopposed motion is
2 GRANTED. The trial date in this matter is continued from April 20, to July 7, 2015 at
3 9:00 a.m. All pretrial motions, including motions in limine, shall be filed no later than
4 May 15, 2015.

5     IT IS FURTHER ORDERED that the period of time from the date of this Order
6 through the new trial date of July 7, 2015, shall be excludable time pursuant to the
7 Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

8
9     DATED this 9th day of March, 2015.

10
11
12
13     Marsha J. Pechman
    United States District Judge
14
15
16
17 Presented by:
18
19 *s/ Jesse G. Cantor*
20 Jesse G. Cantor
    Attorney for Tam Van Nguyen
21
22
23
24
25
26

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL
DATE AND PTMs DUE DATE - 2
*United States v. Nguyen* / CR15-031MJP

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100